**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jack Jeffrey Williams            CHAPTER 13
       Rochelle Williams
               Debtor(s)            BKY. NO. 21-10627 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                           Respectfully submitted,

                           /s/ **Brian C. Nicholas**
                           Brian Nicholas
                           18 Nov 2021, 08:10:34, EST

                           Brian C. Nicholas, Esq. (317240) ☑
                           Maria D. Miksich, Esq. (319383) ☐
                           Rebecca A. Solarz, Esq. (315936) ☐
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106
                           412-430-3594
                           bkgroup@kmllawgroup.com

Document ID: 07df705f192bba5749446c606d7da424a4769e404a5546f1f7782308c842eb0e