# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10627-TPA |
| | : | |
| Jack Jeffrey Williams and, | : | CHAPTER 13 |
| Rochelle Williams, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NONE**

K.V.                                    WILLIAMS, JACK & ROCHELLE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10627-TPA |
| | : | |
| Jack Jeffrey Williams and, | : | CHAPTER 13 |
| Rochelle Williams, | : | |
| Debtors | : | |
| | : | |
| Jack Jeffrey Williams, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Jack Jeffrey Williams, hereby state as follows:

1.) I am retired; therefore, I am unable to provide the prior (6) six-months pay advices.
2.) I receive social security benefits in the amount of $1,940.00 per month.
3.) I also receive a pension in the amount of $98.56 per month.
4.) I was not required to file 2019 tax returns; therefore, I am unable to submit the same to the Trustee.
5.) I was required to file 2020 tax returns; therefore, I have submitted the same to the trustee.
6.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: __December 3, 2021__          __/s/ Jack Jeffrey Williams__
                                    Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10627-TPA |
| | : | |
| Jack Jeffrey Williams and, | : | CHAPTER 13 |
| Rochelle Williams, | : | |
| Debtors | : | |
| | : | |
| Rochelle Williams, | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Rochelle Williams, hereby state as follows:

1.) I am retired; therefore, I am unable to provide the prior (6) six-months pay advices.
2.) I receive social security benefits in the amount of $1,479.00 per month.
3.) I was not required to file 2019 tax returns; therefore, I am unable to submit the same to the Trustee.
4.) I was required to file 2020 tax returns; therefore, I have submitted the same to the trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: __December 3, 2021__    __/s/ Rochelle Williams__
                                                                Debtor