Certificate Number: 03088-PAW-DE-039306333

Bankruptcy Case Number: 21-10627



03088-PAW-DE-039306333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2025, at 10:55 o'clock AM CST, Rochelle Williams completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 4, 2025                       By:    /s/Doug Tonne

                                               Name:  Doug Tonne

                                               Title:  Counselor