IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
Jack Jeffrey Williams : Case No. 21-10627-JCM
Rochelle Williams :
        Debtor(s) :
: Chapter 13
Ronda J. Winnecour, Chapter 13 :
Trustee :
        Movant(s) : Related Document No. 46, 49
:
        vs. :
: Hearing Date:
Jack Jeffrey Williams :
Rochelle Williams :
        Respondent(s) :

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on July 22,

2025 (document #46) is hereby WITHDRAWN.  The hearing scheduled for August 19,

2025 is cancelled.

Respectfully submitted,

8/11/2025

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
August 12, 2025

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
8/12/25 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 21-10627-JCM

Jack Jeffrey Williams                                                           Chapter 13

Rochelle Williams

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                  User: auto                  Page 1 of 2

Date Rcvd: Aug 13, 2025         Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

**Recip ID**             **Recipient Name and Address**
db/jdb                  +   Jack Jeffrey Williams, Rochelle Williams, 814 Crestview Drive, Sharpsville, PA 16150-8334

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

**Name**                  **Email Address**

Daniel P. Foster

         on behalf of Debtor Jack Jeffrey Williams dan@mrdebtbuster.com
         katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster

         on behalf of Joint Debtor Rochelle Williams dan@mrdebtbuster.com
         katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon

         on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com

Office of the United States Trustee

         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

         cmecf@chapter13trusteewdpa.com

District/off: 0315-1

User: auto

Date Rcvd: Aug 13, 2025

Form ID: pdf900

Total Noticed: 1

TOTAL: 5