# United States Bankruptcy Court

Western District of Pennsylvania (Erie)

| | |
|---|---|
| IN RE:    JACK J WILLIAMS<br>ROCHELLE WILLIAMS | CASE NO.:  21-10627<br>CHAPTER:  13 |

Debtors

### Change of address – Payment for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| Old payment address<br>Wells Fargo Auto<br>PO Box 17900<br>Denver CO 80217-0900 | New payment address<br>Wells Fargo Auto<br>PO Box 51963<br>Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/26/2025                                        /s/Lisa Johnson
                                                           Account Resolution Associate Manager
                                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Western District of Pennsylvania (Erie)

| | |
|---|---|
| IN RE:   JACK J WILLIAMS | CASE NO:   21-10627 |
| ROCHELLE WILLIAMS | CHAPTER:   13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/26/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/26/2025                           /s/Lisa Johnson
                                     Account Resolution Associate Manager
                                     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.