Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jack Jeffrey Williams** | : | Case No. 21−10627−JCM |
| **Rochelle Williams** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 53 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/2/25 at 09:30 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 25th of September, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 53 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before November 10, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **December 2, 2025 at 09:30 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10627-JCM |
| Jack Jeffrey Williams | Chapter 13 |
| Rochelle Williams | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 25, 2025 | Form ID: 300b | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Jeffrey Williams, Rochelle Williams, 814 Crestview Drive, Sharpsville, PA 16150-8334 |
| 15431231 | + | Mercer County Community Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431235 | + | SHN Teach Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431242 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:48:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:37 | Pinnacle Credit Services LLC, c/i Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431221 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 00:39:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 15441762 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 00:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15431222 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2025 00:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15431223 | + | Email/Text: cms-bk@cms-collect.com | Sep 26 2025 00:39:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15431224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:28:04 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15439425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:28:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15431225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:27:52 | Citibank, N.A., Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15431226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 01:08:29 | Citibank, N.A., Attn: Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 15447007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:26:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15431227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 01:08:26 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 15431228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:44:58 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 15431229 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2025 00:26:36 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15432777 | | Email/Text: mrdiscen@discover.com | Sep 26 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15431230 | + | Email/Text: mrdiscen@discover.com | Sep 26 2025 00:39:00 | Discover Financial Services, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15446934 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431656 | ^ | MEBN | Sep 26 2025 00:16:38 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15431232 | | Email/Text: blegal@phfa.org | Sep 26 2025 00:40:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15446932 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431233 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15431234 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15435788 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15431236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:47:47 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15431237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:27:35 | Synchrony Bank/JC Penneys, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15431238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:26:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15431239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:27:52 | Synchrony Bank/TJ Maxx, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15434625 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 26 2025 01:22:02 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15431240 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 26 2025 00:48:11 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15434480 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15431241 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 26 2025 00:28:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 300b | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jack Jeffrey Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rochelle Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5