**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JACK JEFFREY WILLIAMS<br>ROCHELLE WILLIAMS<br>        Debtor(s) | Case No.:21-10627<br><br>Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2021 and confirmed on 1/26/22. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,389.97 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,389.97 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 3,013.45 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,013.45 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN    Acct: 2393 | 0.00 | 35,243.60 | 0.00 | 35,243.60 |
| ROCKET MORTGAGE LLC FKA QUICKEN    Acct: 2393 | 1,669.98 | 1,669.98 | 0.00 | 1,669.98 |
| WELLS FARGO BANK NA D/B/A WELLS F/    Acct: 8745 | 11,208.98 | 11,208.98 | 954.07 | 12,163.05 |
| | | | | 49,076.63 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JACK JEFFREY WILLIAMS    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**    Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA**    Acct: 8722 | 3,313.50 | 269.42 | 0.00 | 269.42 |
| BARCLAYS BANK DELAWARE    Acct: 9632 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC    Acct: 4965 | 2,788.65 | 226.75 | 0.00 | 226.75 |
| CAPITAL ONE BANK (USA) NA BY AMERIC    Acct: 5310 | 1,699.76 | 138.21 | 0.00 | 138.21 |
| LVNV FUNDING LLC    Acct: 0876 | 5,680.42 | 461.87 | 0.00 | 461.87 |
| CITIBANK NA**    Acct: 8663 | 4,240.64 | 344.81 | 0.00 | 344.81 |
| CITIBANK NA**    Acct: 4387 | 1,683.58 | 136.89 | 0.00 | 136.89 |
| CITIBANK NA** | 2,101.88 | 170.90 | 0.00 | 170.90 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9250 | | | | |
| DISCOVER BANK(*) | 9,942.39 | 808.42 | 0.00 | 808.42 |
| Acct: 9932 | | | | |
| MERCER COUNTY COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4602 | | | | |
| SHENANGO VALLEY TEACHERS F C U | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 578.73 | 47.06 | 0.00 | 47.06 |
| Acct: 7812 | | | | |
| LVNV FUNDING LLC | 1,037.39 | 84.35 | 0.00 | 84.35 |
| Acct: 7047 | | | | |
| LVNV FUNDING LLC | 318.09 | 25.86 | 0.00 | 25.86 |
| Acct: 9163 | | | | |
| LVNV FUNDING LLC | 1,641.37 | 133.46 | 0.00 | 133.46 |
| Acct: 9732 | | | | |
| WELLS FARGO BANK NA | 5,557.62 | 451.89 | 0.00 | 451.89 |
| Acct: 4469 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| | | | | 3,299.89 |
| **TOTAL PAID TO CREDITORS** | | | | 52,376.52 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        12,878.96
UNSECURED      40,584.02

Date: 09/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JACK JEFFREY WILLIAMS
    ROCHELLE WILLIAMS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:21-10627

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jack Jeffrey Williams  
Rochelle Williams  
    Debtors

Case No. 21-10627-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Sep 25, 2025      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Jeffrey Williams, Rochelle Williams, 814 Crestview Drive, Sharpsville, PA 16150-8334 |
| 15431231 | + | Mercer County Community Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431235 | + | SHN Teach Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431242 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2025 00:26:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:26:38 | Pinnacle Credit Services LLC, c/i Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431221 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 00:39:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 15441762 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 00:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15431222 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2025 00:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15431223 | + | Email/Text: cms-bk@cms-collect.com | Sep 26 2025 00:39:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15431224 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:45:43 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15439425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 01:05:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15431225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:45:09 | Citibank, N.A., Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15431226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:27:51 | Citibank, N.A., Attn: Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 15447007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:46:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15431227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:27:51 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 15431228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:44:54 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St |

Case 21-10627-JCM   Doc 58   Filed 09/27/25   Entered 09/28/25 00:30:01   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 15431229 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2025 00:27:36 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15432777 | | Email/Text: mrdiscen@discover.com | Sep 26 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15431230 | + | Email/Text: mrdiscen@discover.com | Sep 26 2025 00:39:00 | Discover Financial Services, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15446934 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 01:06:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431656 | ^ | MEBN | Sep 26 2025 00:16:36 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15431232 | | Email/Text: blegal@phfa.org | Sep 26 2025 00:40:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15446932 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:44:59 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431233 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15431234 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15435788 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 26 2025 00:40:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15431236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:46:40 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15431237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:45:06 | Synchrony Bank/JC Penneys, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15431238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 01:32:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15431239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2025 00:27:33 | Synchrony Bank/TJ Maxx, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15434625 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 26 2025 01:22:02 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15431240 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 26 2025 01:08:39 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15434480 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2025 01:32:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15431241 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 26 2025 00:28:07 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 35

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jack Jeffrey Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rochelle Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5