| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jack Jeffrey Williams <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8432 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Rochelle Williams <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2672 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  21–10627–JCM | | |

# Order of Discharge                                                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jack Jeffrey Williams                                      Rochelle Williams


<u>11/17/25</u>                                                       **By the court:** <u>John C Melaragno</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                             **Chapter 13 Discharge**                             page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 21-10627-JCM
Jack Jeffrey Williams    Chapter 13
Rochelle Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 3
Date Rcvd: Nov 17, 2025    Form ID: 3180W    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Jeffrey Williams, Rochelle Williams, 814 Crestview Drive, Sharpsville, PA 16150-8334 |
| 15431231 | + | Mercer County Community Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431235 | + | SHN Teach Credit Union, 428 Sharpsville Avenue, Sharon, PA 16146-2120 |
| 15431242 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 18 2025 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 18 2025 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 18 2025 05:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 00:37:02 | Pinnacle Credit Services LLC, c/i Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431221 | | EDI: BANKAMER | Nov 18 2025 05:09:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 15441762 | | EDI: BANKAMER | Nov 18 2025 05:09:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15431222 | + | EDI: TSYS2 | Nov 18 2025 05:09:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15431223 | + | Email/Text: cms-bk@cms-collect.com | Nov 18 2025 00:17:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15431224 | + | EDI: CAPITALONE.COM | Nov 18 2025 05:09:00 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15439425 | | EDI: CAPITALONE.COM | Nov 18 2025 05:09:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15431225 | + | EDI: CITICORP | Nov 18 2025 05:09:00 | Citibank, N.A., Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15431226 | + | EDI: CITICORP | Nov 18 2025 05:09:00 | Citibank, N.A., Attn: Centralized Bankruptcy, P.O. Box 790034, St. Louis, MO 63179-0034 |

Case 21-10627-JCM   Doc 64   Filed 11/19/25   Entered 11/20/25 00:33:49   Desc Imaged
                           Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: 3180W | Total Noticed: 37 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15447007 | | EDI: CITICORP | Nov 18 2025 05:09:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15431227 | + | EDI: CITICORP | Nov 18 2025 05:09:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, P.O. Box 790034, St. Louis, MO 63179-0034 |
| 15431228 | + | EDI: CITICORP | Nov 18 2025 05:09:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15431229 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2025 00:25:54 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15432777 | | EDI: DISCOVER | Nov 18 2025 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15431230 | + | EDI: DISCOVER | Nov 18 2025 05:09:00 | Discover Financial Services, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15446934 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 00:24:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431656 | ^ | MEBN | Nov 18 2025 00:09:46 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15431232 | | Email/Text: blegal@phfa.org | Nov 18 2025 00:17:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, P.O. Box 8029, Harrisburg, PA 17105 |
| 15446932 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 00:24:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15431233 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 18 2025 00:17:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15431234 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 18 2025 00:17:00 | Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15435788 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 18 2025 00:17:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15431236 | + | EDI: SYNC | Nov 18 2025 05:09:00 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15431237 | + | EDI: SYNC | Nov 18 2025 05:09:00 | Synchrony Bank/JC Penneys, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15431238 | + | EDI: SYNC | Nov 18 2025 05:09:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15431239 | + | EDI: SYNC | Nov 18 2025 05:09:00 | Synchrony Bank/TJ Maxx, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15434625 | + | EDI: WFFC2 | Nov 18 2025 05:09:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15431240 | + | EDI: WFHOME | Nov 18 2025 05:09:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15434480 | | EDI: WFCCSBK | Nov 18 2025 05:09:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15431241 | + | EDI: WFAUTO | Nov 18 2025 05:09:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Nov 17, 2025 | Form ID: 3180W | Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jack Jeffrey Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rochelle Williams dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6